

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br><br>CURTIS ROBERT RICHMOND,<br><br>                              Defendant. | CASE NO. 06-CR-1019-JM<br><br>ORDER REJECTING FOR FILING DOCUMENT ENTITLED 'SHOW CAUSE THAT LARRY BURNS SHOULD NOT BE DISBARRED' |

On or about October 18, 2006 the court received from the Clerk's Office a document entitled "Show Cause that Larry Burns Should Not Be Disbarred for Tampering With Evidence and Falsifying the Record As Presented by Affidavit Of Curtis Robert Richmond." The court rejects this document for filing because this court lacks subject matter jurisdiction over purported California State Bar matters.

DATED: October 26, 2006

                                                             Hon. Jeffrey T. Miller
                                                             United States District Judge

cc: All Parties

**REJECTED**

## CASE NO. #06CR1019-JM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, BANKRUPT LEGAL FICTION A/K/A ALTER EGO OF THE INTERNATIONAL MONETARY FUND | § § § § § § § § § § | UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT   CALIFORNIA DIVISION OF UNREGISTERED FOREIGN AGENTS |
| V. Curtis Robert Richmond  LIBELEE & VICTIM OF FRAUD | § | MIDDLE TEMPLE OF THE CROWN |

# SHOW CAUSE THAT LARRY BURNS SHOULD NOT BE DISBARRED FOR TAMPERING WITH EVIDENCE AND FALSIFYING THE RECORD AS PRESENTED BY AFFIDAVIT OF Curtis Robert Richmond

**STATE OF CALIFORNIA**
**COUNTY OF SAN DIEGO**

I, Curtis Robert Richmond, am a free white male, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. I have personal knowledge of the matters stated herein, and hereby asseverate understanding the liabilities presented in your Briscoe v LaHue, 460 US 325.

## OFFER OF PROOF

I, Curtis Robert Richmond, have further investigated matters