FILED

AUG 1 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br>CURTIS ROBERT RICHMOND,<br><br>                              Defendant. | CASE NO. 06cr1019 JM<br><br>ORDER DENYING MOTION TO STAY EXECUTION OF HOME ARREST PENDING APPEAL |

The court notes that this is the second order issued by this court on Defendant's Motion to Stay Execution of Home Arrest Final Judgment Pending Appeal ("Motion to Stay"). On July 23, 2007 the Clerk of Court received the Motion to Stay and forwarded that motion to chambers via a Notice of Document Discrepancies. The court accepted the motion for filing on July 26, 2007 and issued an order denying the Motion to Stay at the same time. Both the Motion to Stay and this court's Order Denying Motion to Stay were misplaced prior to entry on the docket at a time of transition as this court moved from one chambers to another. The following addresses the merits of the Motion to Stay.

An individual seeking release pending appeal must satisfy 18 U.S.C. §3143 which provides, in pertinent part, that a convicted individual may be released provided that the court

> finds by clear and convincing evidence that the person is not likely to flee

or pose a danger to the safety of any other person in the community if released [and that the appeal] raises a substantial question of law or fact likely to result in (i) reversal, (ii) an order for a new trial,(iii) a sentence that does not include a term of imprisonment, or (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.

18 U.S.C. §3143(b). Fed.R.App.P. 9(b) provides the procedural mechanism to seek release pending appeal.

Here, based upon Defendant's pretrial conduct, the court concludes that Defendant does not present a flight risk or a danger to the community. However, upon review of Defendant's Motion to Stay, the court concludes that he fails to raise any substantial factual or legal question likely to result in reversal, an order for new trial, or a sentence less than that imposed in this case. Defendant's Motion to Stay fails to identify any binding authorities supporting his claim that he has the "legal right to be out on bail during the appeal," (Motion at p.3), or that he was denied his equal protection and due process rights.

In sum, the court denies Defendant's Motion to Stay.[1]

**IT IS SO ORDERED.**

DATED: _8/16_, 2007

JEFFREY T. MILLER
United States District Judge

cc: All parties

---

[1] The court notes that any modifications to the home detention sentence may be obtained, if appropriate, from the probation officer upon a properly documented and supported request.