1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 06cr1019 JM |
|---|---|
| Plaintiff, | ORDER DECLINING TO RULE ON EMERGENCY PETITION |
| vs. | |
| CURTIS RICHMOND, | |
| Defendant. | |

On or about November 26, 2007 Defendant filed a document entitled "Petitioner/Defendant's Emergency Petition to Court to Rule According to Law that His 6 Month Sentence in Custody Had Been Served." The court declines to act upon Defendant's request. Defendant appears to request that the court administratively determine that he has completed his "custodial sentence." The court notes, preliminarily, that a custodial sentence was not imposed in this case; rather, Defendant was placed on home confinement as a special condition of probation. The court further notes that it is not the role of the court to calculate whether Defendant has completed his home confinement. That is a matter for Probation. Should a genuine issue develop on the question of whether Defendant has successfully completed six months of home confinement, then any such issue may be addressed by the court. In any event, the

/ / /

/ / /

1 | court suggests that Defendant contact his Probation Officer to discuss any concern
2 | related to his request.
3 | **IT IS SO ORDERED.**
4 | DATED: November 28, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

8 | cc: All parties
    Lisa Bishop, U.S. Probation Office