1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JEFFERY T. MILLER)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) Case No.   **06CR1019-JM** |
| Plaintiff, | ) |
| v. | ) |
|  | ) **O R D E R** |
| **CURTIS RICHMOND**, | ) |
| Defendants. | ) |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the conditions of probation in the above-captioned case be modified to terminate formal supervision.  All previous conditions set by this Court to remain unchanged.

**IT IS FURTHER ORDERED** the defendant must continue to serve a courtesy copy of any legal filings by him to U.S. Probation Officer Matthew Holden.

**HOLDEN SO ORDERED.**

**DATE:** January 6, 2010

_____
HON. JEFFERY T. MILLER